1  JORDAN S. ALTURA (SBN: 209431)
   TINO X. DO (SBN: 221346)
2  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054
   jaltura@gordonrees.com
5  tdo@gordonrees.com

6  Attorneys for Defendants
   THE STANDARD INSURANCE COMPANY,
7  an Oregon Corporation; THE STANDARD
   INSURANCE COMPANY, an Oregon Corporation
8  as administrator of the CALIFORNIA TEACHERS
   ASSOCIATION ECONOMICS BENEFITS
9  TRUST GROUP DISABILITY POLICY

10 ALLAN BAILEY (SBN: 258295)
   ALEXANDER REED-KRASE (SBN: 272603)
11 KRASE, BAILEY, REED-KRASE, LLP
   132 East Morton Avenue
12 Porterville, CA 93257
   Telephone: (559) 784-2353
13 Facsimile: (559) 784-2463
   Attorneys for Plaintiff
14 YVETTE L. JAQUISH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| YVETTE L. JAQUISH, an individual, | ) Case No. 1:18-cv-00087-LJO-SKO |
| Plaintiff, | ) **SECOND JOINT STIPULATION TO** |
| vs. | ) **EXTEND TIME TO RESPOND TO** |
| | ) **COMPLAINT (L.R. 144(A)); ORDER** |
| THE STANDARD INSURANCE COMPANY, | ) **ON STIPULATION** |
| an Oregon Corporation; THE STANDARD | ) |
| INSURANCE COMPANY, an Oregon | ) Complaint Filed: 1/18/2018 |
| Corporation as administrator of the | ) |
| CALIFORNIA TEACHERS ASSOCIATION | ) (Doc. 9) |
| ECONOMICS BENEFITS TRUST GROUP | ) |
| DISABILITY POLICY and DOES 1 through 100, | ) |
| Defendants. | ) |

TO THE HONORABLE COURT:

The parties hereto, Plaintiff YVETTE L. JAQUISH ("Plaintiff") and Defendant THE STANDARD INSURANCE COMPANY an Oregon Corporation; THE STANDARD INSURANCE COMPANY, an Oregon Corporation as administrator of the CALIFORNIA TEACHERS ASSOCIATION ECONOMICS BENEFITS TRUST GROUP DISABILITY POLICY ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed her Complaint in this Court on January 18, 2018.

WHEREAS, Plaintiff served the Complaint onto Defendants on January 23, 2018.

WHEREAS, the parties have entered into a previous Stipulation to Extend Time to Respond to Complaint on February 2, 2018.

WHEREAS, Defendants' current deadline to file a response to the Complaint is February 27, 2018.

WHEREAS, Defendants have requested an extension of an additional 14 days, or until March 13, 2018, to respond to the Complaint in order to permit sufficient time to prepare a response.

WHEREAS, Plaintiff and Defendants do not anticipate that this extension of time will alter the date of any event or any deadline already fixed by Court order.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their respective counsel of record that the deadline for Defendants to respond is extended up to March 13, 2018.

IT IS SO STIPULATED.

Dated: February 27, 2018                    KRASE, BAILEY, REED-KRASE, LLP


By  /s/ Alexander Reed-Krase
    Allan Bailey
    Alexander Reed-Krase
Attorneys for Plaintiff
YVETTE L. JAQUISH

Dated: February 27, 2018    GORDON REES SCULLY MANSUKHANI LLP

By /s/ *Jordan S. Altura*
　　Jordan S. Altura
　　Tino X. Do
Attorneys for Defendants
THE STANDARD INSURANCE COMPANY an Oregon Corporation; THE STANDARD INSURANCE COMPANY, an Oregon Corporation as administrator of the CALIFORNIA TEACHERS ASSOCIATION ECONOMICS BENEFITS TRUST GROUP DISABILITY POLICY

ATTESTATION OF E-FILED SIGNATURE

I, Jordan S. Altura, am the ECF user whose ID and password are being used to file this Second Joint Stipulation to Extend Time to Respond to Complaint. In compliance with Local Rule 5-1(i), I hereby attest that Alexander Reed-Krase, counsel for Plaintiff, has concurred in this filing.

Dated: February 27, 2018    */s/ Jordan S. Altura*
　　　　　　　　　　　　　　Jordan S. Altura

**ORDER**

Pursuant to the parties' above stipulation to extend the time for Defendants The Standard Insurance Company an Oregon Corporation, and The Standard Insurance Company, an Oregon Corporation as administrator of the California Teachers Association Economics Benefits Trust Group Disability Policy (collectively "Defendants") to respond to the complaint (Doc. 9), and for good cause shown, IT IS ORDERED that the deadline for Defendants to respond to the complaint is hereby extended from February 27, 2018, through March 13, 2018.

IT IS SO ORDERED.

Dated: **March 1, 2018**    /s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3
SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT;
ORDER ON STIPULATION    CASE NO. 1:18-cv-00087-LJO-SKO