JORDAN S. ALTURA (SBN: 209431)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
jaltura@gordonrees.com

Attorneys for Defendant
THE STANDARD INSURANCE COMPANY,
an Oregon Corporation; THE STANDARD
INSURANCE COMPANY, an Oregon Corporation
as administrator of the CALIFORNIA TEACHERS
ASSOCIATION ECONOMICS BENEFITS
TRUST GROUP DISABILITY POLICY

ALLAN BAILEY (SBN: 258295)
ALEXANDER REED-KRASE (SBN: 272603)
KRASE, BAILEY, REED-KRASE, LLP
132 East Morton Avenue
Porterville, CA 93257
Telephone: (559) 784-2353
Facsimile: (559) 784-2463
Attorneys for Plaintiff
YVETTE L. JAQUISH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| YVETTE L. JAQUISH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE STANDARD INSURANCE COMPANY, an Oregon Corporation; THE STANDARD INSURANCE COMPANY, an Oregon Corporation as administrator of the CALIFORNIA TEACHERS ASSOCIATION ECONOMICS BENEFITS TRUST GROUP DISABILITY POLICY and DOES 1 through 100,<br><br>Defendants. | Case No. 1:18-cv-00087-LJO-SKO<br><br>**STIPULATION FOR THIRD EXTENSION OF TIME TO RESPOND TO COMPLAINT PENDING SETTLEMENT DISCUSSIONS (L.R. 144(A)); ORDER**<br><br>Complaint Filed: 1/18/2018<br><br>(Doc. 11) |

TO THE HONORABLE COURT:

The parties hereto, Plaintiff YVETTE L. JAQUISH ("Plaintiff") and Defendants THE STANDARD INSURANCE COMPANY an Oregon Corporation; THE STANDARD INSURANCE COMPANY, an Oregon Corporation as administrator of the CALIFORNIA TEACHERS ASSOCIATION ECONOMICS BENEFITS TRUST GROUP DISABILITY POLICY ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed her Complaint in this Court on January 18, 2018.

WHEREAS, Plaintiff served the Complaint onto Defendants on January 23, 2018.

WHEREAS, pursuant to the parties' prior Stipulations to Extend Time to Respond to Complaint, Defendants' current deadline to file a response to the Complaint is March 13, 2018.

WHEREAS, the parties are currently engaged in settlement discussions and agree it would be beneficial to continue their resolution efforts for up to 30 days, or until April 12, 2018, before Defendants are required to respond to the Complaint.

WHEREAS, this extension of time will not interfere with the April 19, 2018 Scheduling Conference.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their respective counsel of record that the deadline for Defendants to respond is extended up to April 12, 2018.

IT IS SO STIPULATED.

Dated: March 8, 2018                KRASE, BAILEY, REED-KRASE, LLP

                                    By  */s/ Alexander Reed-Krase*
                                        Allan Bailey
                                        Alexander Reed-Krase
                                    Attorneys for Plaintiff
                                    YVETTE L. JAQUISH

/ / /

/ / /

/ / /

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Dated: March 8, 2018                GORDON REES SCULLY MANSUKHANI LLP

By */s/ Jordan S. Altura*
    Jordan S. Altura
Attorneys for Defendants
THE STANDARD INSURANCE COMPANY an Oregon Corporation; THE STANDARD INSURANCE COMPANY, an Oregon Corporation as administrator of the CALIFORNIA TEACHERS ASSOCIATION ECONOMICS BENEFITS TRUST GROUP DISABILITY POLICY

ATTESTATION OF E-FILED SIGNATURE

    I, Jordan S. Altura, am the ECF user whose ID and password are being used to file this Second Joint Stipulation to Extend Time to Respond to Complaint. In compliance with Local Rule 5-1(i), I hereby attest that Alexander Reed-Krase, counsel for Plaintiff, has concurred in this filing.

Dated: March 8, 2018                */s/ Jordan S. Altura*
    Jordan S. Altura

**ORDER**

    The parties' above-stipulation requests an extension of time for Defendants The Standard Insurance Company an Oregon Corporation, and The Standard Insurance Company, an Oregon Corporation as administrator of the California Teachers Association Economics Benefits Trust Group Disability Policy (collectively "Defendants") to respond to the complaint (Doc. 11), indicating that the parties are engaged in settlement discussions. For good cause shown, IT IS ORDERED that the deadline for Defendants to respond to the complaint is hereby extended from March 13, 2018, to April 12, 2018.

//

//

//

1  This extension does not alter any other deadlines.  The Scheduling Conference in
2  this matter is currently set for April 19, 2018, at 9:45 a.m. in Courtroom 7 before the
3  undersigned.  The parties shall file their Joint Scheduling Report by no later than April 12,
4  2018.

IT IS SO ORDERED.

Dated:   **March 13, 2018**                             /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE