UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE L. JAQUISH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE STANDARD INSURANCE COMPANY, et al.,<br><br>　　　　　　　Defendants. | No. 1:18-cv-00087-LJO-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 15) |

On April 23, 2018, Plaintiff filed a Request for Dismissal with Prejudice, in which Plaintiff requests dismissal of this action with prejudice. (Doc. 15.) Plaintiffs filed this request before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiffs have voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **April 30, 2018**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE